## STATEMENT OF FACTS

On Saturday, July 9, 2005, at about 9:00 p.m., sworn officers with the Metropolitan Police Department were conducting road blocks in the 4700 block of Alabama Avenue, S.E., Washington, D.C.  When defendant Andre Jackson approached the road block, officers asked him to roll his window down.  Officers asked the defendant several times and the defendant put the car in reverse, parked at the curb, and would not roll down the window.  The defendant finally stuck his hand out of the window, and officers removed him from the car.   When officers looked inside the car, they saw the butt of the handgun sticking out from under the driver's seat.  Officers recovered a loaded Beretta 9mm semi-automatic handgun.  The only occupants of the car, were the defendant and his 5 year old son.  The car is registered to the defendant.  Officers placed the defendant under arrest.  To the best of the undersigned officer's knowledge, defendant Andre Jackson has previously been convicted of a crime punishable by imprisonment for a term exceeding one year in D.C. Superior Court Criminal Case No. F4250-01.  Before filing this complaint, the officer reviewed at least one computer print-out of the defendant's criminal history and it showed that the defendant had been convicted of such crime.  He wrote his initials on the computer print-out that he reviewed, so that he would recognize it again in the future.   To the best of this officers' knowledge, there are no Beretta 9mm handguns nor ammunition manufactured in the District of Columbia.

_____
SGT. DELROY BURTON
SEVENTH DISTRICT, MPD


SWORN AND SUBSCRIBED BEFORE ME
ON THIS _____ DAY OF JULY, 2005.


_____
U. S. MAGISTRATE JUDGE